# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-0569
_____

VALERIE WATSON,

    Appellant,

    v.

COLLIER SANTA FE OWNER, LLC,
a foreign limited liability
company; PARADIGM PROPERTIES
MANAGEMENT TEAM, INC., a
Florida profit corporation; and
PRESSURE PROS, INC., a foreign
profit corporation,

    Appellees.

_____


On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.


June 5, 2024

PER CURIAM.

    AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Dayna Maeder, Nicholas A. Shannin, and Carol B. Shannin of Shannin Law Firm, P.A., Orlando, for Appellant.

Matthew C. Chavers of Wade, Palmer & Shoemaker, P.A., Pensacola, for Appellee Pressure Pros, Inc.

Jeffery Curry Close and Eric L. Leach of Milton, Leach, Whitman, D'Andrea & Eslinger, P.A., Jacksonville, for Appellees Collier Santa Fe Owner, LLC and Paradigm Properties Management Team, Inc.